IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| HARRY COLBERT and CARLA TAYLOR, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) |
| | ) |
| BRECKENRIDGE PROPERTY FUND 2016 and WELLS FARGO BANK, N.A., | ) |
| | ) |
| Defendants. | ) Civil Action No. 3:19-CV-1415-C |

## ORDER

On this day, the Court considered the Parties' Stipulation of Dismissal, filed September 16, 2021, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

**IT IS THEREFORE ORDERED** that all claims asserted in the above-styled and -numbered civil action are hereby **DISMISSED WITH PREJUDICE** with costs taxed against the party incurring the same.

SO ORDERED

Dated September 20, 2021.

_____
SAM R. CUMMINGS
SENIOR UNITED STATES DISTRICT JUDGE